Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

James H. Parker
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Taylor Swift ~~[scribbled out]~~
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James H. Parker
All other names by which you have been known: "JP"
ID Number: AO# 3034794
Current Institution: Montana State Prison (MSP)
Address: 700 Conley Lake Road
Deer Lodge, MT 59722

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Taylor Swift
Job or Title (if known): Artist/Entertainer
Shield Number:
Employer:
Address:

[X] Individual capacity   [X] ~~Official capacity~~

Defendant No. 2
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

[ ] Individual capacity   [ ] Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

            City            State            Zip Code
☐ Individual capacity   ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

            City            State            Zip Code
☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)    ☒ Taylor Swift

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

~~[illegible struck-through text]~~

See Att., II. Basis for Jurisdiction ; B.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Att. II. Basis for Jurisdiction; D.*

[scribbled-out text]

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. *See Att. Statement of claim*

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*2025 (MSP) Montana State Prison, "Public air waves"*

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*"2025 - Montana State Prison"*

C. What date and approximate time did the events giving rise to your claim(s) occur?

During the time president Trump took office 2024-2025.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See att. ~~[scribbled out text]~~

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Special Damages and all collective pecuniary damages {
1. Injury to reputation
2. Impairment to standing in Community
3. Personal humiliation
4. Pain and Suffering
5. emotional distress
6. put my family and I in danger, at risk, possibly death and bodily harm.
}

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. Grant to have my case heard
2. Requesting "Relief" the courts finds fit relevant to the "V. Injuries" section mentioned in this complaint; all special damages and any collective pecuniary damages discovered.
3. Procedural due process.

VII.    **Exhaustion of Administrative Remedies Administrative Procedures**  *SEE Att.*

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies. *See att.*

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*Montana State Prison, 2023 - until current 2025*

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

1. ~~Slander, Defamation~~
2. ~~Harassment, Sexual assault~~

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Montana State Prison

2. What did you claim in your grievance?

Multiple confirmation numbers via "mailroom - Blocked mail". Misuse of tablets    VII.-[Exhaustion of Admin. See Att. Remedies Admin. Procedures

3. What was the result, if any?

See Att.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

See Att.

F.  If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*See Attachment – RHU – Journal*

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) *I tried writing: NIS - Prisons Study PI but dont know if my RTI International letter made it? P.O. Box 12194 Research Triangle Park, NC 27709-2194*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      _____

   3. Docket or index number

      _____

   4. Name of Judge assigned to your case

      _____

   5. Approximate date of filing lawsuit

      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

      _____

IX.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.   **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-18-25

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: James Houston Porter
Prison Identification #: 3034794
Prison Address: 700 Conley Lake Rd., Deer Lodge, MT 59722

B.   **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

Date:_____

Attachment: II. Basis for Jurisdiction

A. ☒ Taylor Swift

B. Malicious persecution, Slander, Defamation, 42 U.S.C. § 1983 pursuant to 28 U.S.C. § 1343, that affected my family and way of life.

C. Just Ms. Swift or defendant "T.S." in her individual compacity.

D. Verbal malicious statement, Obsene statements, Slander, Defamation, harassment; Montana State law - 2-9-101 MCA in the "Montana Department of Corrections" - Lexis Nexis® Portal - 2-9-101 MCA Definitions (4) "Personal injury", in every sense fathamable of "Slander".

Date:_____

Attachment: IV. Statement of Claim

A. I've been a prisoner since 6-9-22, at (MSP) "Montana State Prison" until current 2025.

B. (MSP), 2024-2025, (SAU)-"Secured Adjustment Unit" and the (RHU)-"Restricted Housing Unit".

C. 2024-2025 about the time President Trump took over office.

D. I believe my family in North Carolina, Montana and some if not all of President Trump's Admin. heard Slanderous, Obscene, Malicious statements etc, coming from "T.S.". Upon or when a "motion of discovery" is requested it will show facts supporting my claims; I have witnesses named in my grievances, kites, and or electronically stored information in the institution I'm being held. Outside institution witness - Chrisann Tilley, Patients Gobert, Jennifer Stuart.

Date:_____

Attachment: VII Exhaustion of Admin. Remedies Procedures

A. ☒ Yes, (MSP)-(SAU) "Secured ~~Housing~~ Adjustment Unit", from 2024-2025. I was in what (MSP) staff called the "Step-Down-Program".

B. ☒ Yes, (MSP)-at the (SAU)-(RHU) have a grievance procedure.

C. ☒ Yes, the grievance procedure covers some or all of my claims.

D. ☒ Yes, I filed grievances concerning revelant facts relating to this complaint.

E. 1. (SAU)-(RHU), at (MSP)

2. Reported PREA, tangible things that ~~go against~~ against (MSP) policy or custom that can be prosecuted state or federally.

3. I was placed in Admin. Segregation, for refusing housing due to unwanted attention

Date:_____

and medical reasons.

4. I just kept refusing housing and kept following the "flow chart" the grievance coordinator provided me, and filed additional confirmation numbers via mail-room under "Blocked mail - appeal blocked mail".

F. 1. Some of my grievances got misplaced or ignored or never answered, peer pressure - also I didn't want to get other inmates or guards exposed to the elements that are not good that could compromise or effect their way of life.

2. I told nobody anything about "T.S." - I believe some guards witnessed her.

G. There are no other Admin. remedies that I am aware of at (MSP).