# RHU- Journal Step-Down Program SMART Goals

**Belongs to** _Parker_

For Documentation:
#6. Engage in structured activity (running, yard, fitness) At Least 3 times per week

# SMART GOALS WORKSHEET

NAME

DATE

**S** — SPECIFIC (describe your goal)

**M** — MEASURABLE (how can you track progress?)

**A** — ACHIEVABLE (is this possible? how?)

**R** — RELEVANT (does this goal align with the bigger picture?)

**T** — TIMELY (what is the deadline?)

| Short-term goals 2025 | 2025 | Long-term Goals |
|---|---|---|
| 7 - Wed. - 30th 1,000 Lawn-mower pulls | 7-Thurs.-31st 1,000 Lunges 8-9-25 410 push-ups | 8-1-2025 Happy Birthday Caden 8-2-2025 Math Test 8-9-2025 Political Jargon |

8-8-25 Friday, 2025
[Carrotts, corn, potatoes, Turkey, gravey, Lemon cookies, milk, Butter, Bread, Salad, pears.] Dinner
[Lunch], Pizza, beets, peas, carrotts, corn mix, Salad, apple sauce, milk. [Breakfast] oatmeal, yogart, pineapples, Turkey Bacon, Coffee
8-9-25 Saturday, 2025
[2 Hard Boild eggs, oatmeal, milk, coffee, Cake, peaches] Lunch pears, Salad, milk, Bread, pBJ, Beef Stew, carrotts, peas, coffee, 1,000 Island [Dinner] Steak, roll, mixed fruit, carrotts, Red jello, green beans, Ice jug, coffee
8-10-25 Sunday, 2025
[Breakfast] - Milk, eggs - scrambled potatoes, cereal - Brown rectangles, apple sauce, yogart - cranberry
[Lunch] - Pinto Beans, corn, Salad, pineapples, Hamberger meat, Bread, milk, coffee, Butter
[Dinner] - vanilla ice-cream, chili - cheese enchilladas, mixed vegtables, mixed fruit, rice, Salad, French dressing, coffee

8-11-25 Monday, 2025
Breakfast-[potatoes, scrambled eggs, salt and pepper, salsa, pears, shredded cheese, Milk, coffee.[Lunch]-Beef and gravy, mashed potatoes, peas, carrotts, milk, coffee, vanilla pudden, cottage cheese, peaches. [Dinner]-minced Turkey, gravy, milk, carrotts, pineapples, yam-celery salad, coffee, Bread/wheat, Butter.

8-12-25 Tuesday, 2025
[Breakfast]-vanilla frosting cinnimin rolls, cereal, mixed fruit, milk, coffee, potatoes, 2 boiled eggs. Lunch-[chicken-pot-pie-freda, Bread, peas, carrotts, potatoes, pine-apple mixed melon, yam-& celery mixed salad, Milk, Butter, coffee, grape juice, Salt-n-pepper. [Dinner]-Milk, apple pie, peaches, Jalepeño Bun, berger, onions, green beans, coffee.

8-13-25 Wednesday, 2025
[Breakfast]-pancakes, PBJ, milk, coffee, yogurt w/oat meal, fruit. [Lunch]- milk, chicken sandwich, kidney beans, pineapple, rice, corn, coffee.

[Dinner]-noodles, shred beef, tomato sauce, milk, green beans, Bread, Butter, coffee, apple sauce, jello-red.

8-14-25, Thursday, 2025
[Breakfast]-dark breakfast squares, Milk, blackberry pie, fruit mix, Turkey bacon, Bread, Butter, potatoes, ketchup, coffee. Lunch[- Milk, bar-b-que berger, bun, lettuce, onions, bake beans, red jello, mashed potatoes, pears, coffee. [Dinner]- rnaviolles, Tomato sauce, bread wheat, milk, peas, carrotts, peaches, Salad, me Eslated dressing, coffee.

8-15-25, Friday, 2025
Breakfast-[scrambled eggs, potatoes, oatmeal, nectarines, wheat Bread, Butter, Milk, coffee. [Lunch]- 1 flour tort, salsa, lettuce, cheese, seasoned beef, corn, beans, Milk, pears, coffee. [Dinner]-Bean Soup w/ham, carrotts, peas, mixed, tuna, Salad, apple sauce, Milk, coffee, carrotts.

Wheat Bread, Butter.
8-16-25 Saturday
[Breakfast]-chocolate chip coffee cake, 2 boiled eggs, oatmeal, yogurt, Milk, coffee. [Lunch]-Beef, chili, cornbread, Salad, pears, Milk, coffee. [Dinner]-corn chicken-mixed-rice, Bread, Butter, cake choc. or white frosting, celery, mixed fruit.

8-17-25, Sunday 2025
[Breakfast]-potatoes, eggs scrambled, oatmeal, Butter, coffee, Milk, nectarine, Sweetner, ketchup, salt n pepper. Lunch-[ flour tort., milk, salsa, pears, salad, beans, cheese, spanish rice, vegtables mixed, 1000 Island dressing. [Dinner]-steak-n-cheese w/ green peppers, onions, yellow cheese, wheat Bread, yams, green beans, lettuce/Salad, pears, coffee.

8-18-25, Monday 2025
[Breakfast] Raisin Bread 3 pieces, Milk, coffee, oatmeal mixed w/ fruit, scrambled eggs, potatoes, peanut butter and jelly, salsa, [Lunch] - Tomato sauce, Chicken Breast, 2 wheat rolls, milk, Asian rice, green beans, pears, coffee, fruit pie. [Dinner] - Wheat Bread, Butter, pasta, tomato beef sauce, parmesian cheese, salt-n-pepper, kidney beans, vanilla pudding, mixed fruit, vegetable mixed, coffee.

8-19-25, Tuesday 2025
[Breakfast] - potatoes, 2 boiled eggs, Milk, coffee, nectarines. [Lunch] - Hamburger, flax-seed bread, cottage cheese, pineapples, peas, and carrots, milk, coffee. [Dinner] - pizza, green beans, potatoes salad, peaches, vanilla pudding, milk, coffee.

8-20-25, Wedsday 2025
[Breakfast] - Scrambled eggs, artichokes, onions/green peppers, heated apple sauce, hot cinnamon apples, salt-n-pepper, Milk, coffee, cheerios, yogart w/ fruit. [Lunch] - chipotle chicken or beef gravy w/ rice, peas, pintos, potato salad, and pears, Milk, white choc. chip cookie w/ carmel or peanut butter mix. [Dinner] - Sloppy Joe, beans, corn, milk, yam-n-celery salad, coffee, mixed fruit.

8-21-25, Thursday 2025
[Breakfast] - French toast, turkey Bacon, milk, coffee, sweet-n-Low, Frosted Flakes, PB.J, pears. [Lunch] - Brockoli, Green vegtable that leaks like a tree, potatoes, cheese mixed with herbs, beets, peaches-n-apple cobbler, iced cold boiled egg, Salad w/ cheese, Lettuce, ham, 1,000 Island dressing, salt-n-pepper, Milk, coffee, sweet-n-low. [Dinner] - Chicken samich, Salad, 1,000 Island, rice, corn, pears, milk, coffee, salt-n-pepper.

8-22-25, Friday 2025
[Breakfast] - 2 boiled eggs, 2 potatoes, pears, yogart w/ prunes/ fruit mix, cream of wheat, coffee, Milk. [Lunch] - Fish patty, Bun, milk, tartar sauce, Salad, nectarines, Baked Beans, rice - mixed w/ onions maybe chicken mix, coffee. [Dinner] - mac - noodles, hamburger gravy, Salad, 1,000 Island, milk, red jello, cold apple sauce, spinich greens, coffee, sweet-n-low.

8-23-25, Saturday 2025
[Breakfast] - [scrambled eggs w/ green peppers or spinich/onions, 2 potatoes w/ ketchup-n-salt-pepper, light/white cream of wheat, Milk, coffee, sweet-n-low, nectarines, marmarlade? cake w/ cinnaminan spice,

Lunch - [Beans - ham - carrot - potato - herb/spice soup], carrots, pineapple, tuna fish on wheat bread, mixed vegetables, grape juice packet, Milk, coffee, sweet-n-low. [Dinner] - Seasoned beef, wheat rolls, Butter, Salad, Salsa, peaches, corn, peas, coffee.

8-24-25, Sunday 2025
Breakfast [Pancakes, syrup, eggs - scrambled, Milk, coffee, cereal flakes, and 2 cold applesauces.] Lunch - seasoned turkey burger, wheat Bread, Butter, mixed vegetables, Salad w/ ranch, pears, Milk-n-sweetner, coffee, juice and sugar packet. [Dinner] - Pickles 3 of them and crunchy fresh, white cheese, onions, hamburger w/ bun, corn, pintos, mixed fruit.

8-25-25, Monday 2025
[Breakfast] - 2 potatoes, scrambled eggs, light cream of wheat, Butter, wheat Bread, cottage cheese, Milk, peaches, coffee. [Lunch] - Salisbury steak w/ potatoes, carrots/steamed, 2 Jalapeno rolls, apple sauce, choc. pudding, milk, coffee. [Dinner] - Tomato soup, green beans, PBJ, wheat bread, nectarines, Milk and coffee.

8-26-25, Tuesday 2025
[Breakfast] - Pancakes, syrup, Milk, Butter, Raisin-cinn.-oatmeal, yogurt mixed w/ fruit, apple sauce, coffee, sweet-n-low. Lunch - [Bar-b-que,

wheat Bread, mashed potatoes, mixed vegetables, vanilla Ice cream, Milk, coffee, macaroni salad w/ italian seasonings, fruit/ pineapple. [Dinner] - Jalapeño rolls, chicken breast mixed w/ corn, beans, carrots, pineapple, rice, steamed vegetables, coffee, Potato Salad.

8-27-25, Wednesday 2025
Breakfast - [3 potatoes, 2 boiled eggs, Lil' breakfast rectangles, mixed fruit, Milk, coffee w/ sweet-n-low. [Lunch] - French toast, butter, syrup, sausage links I think soy or vegan, Milk, coffee, sweet-n-low, orange juice packets, Cheerios, mixed fruit. [Dinner] - Flour tort, spicy spanish rice mixed w/ chipotle chicken, cheese, pears, green beans, w/ coffee-n-sweetner.

8-28-25, Thursday 2025
[Breakfast] - 2 soy/vegetarian sausage links, scrambled eggs w/ green pepper-n-onions or artichoke, reg. corn flakes, cottage cheese, Milk, coffee. (Lunch) - POTATO, chicken, Salad, deli, apple sauce, garbanzo beans, peaches, milk, coffee. [Dinner] 2 Taco shells, seasoned beef, These light beans, corn, lettuce, cheese, salsa, Mixed fruit, Milk, coffee.

8-29-25, Friday 2025
[Breakfast]- raisin oatmeal, turkey bacon sandwich w/ wheat Bread, Butter, yogurt mixed fruit w/ pineapple, coffee w/ sweet-n-low, orange juice mc. [Lunch]- pizza, apple sauce, Milk, beets, Salad, Buttermilk dressing, steamed Brocc'li, coffee. [Dinner]- Sugar, pBJ- choc chip- oatmeal cookies, milk, wheat Bread, Butter, coffee, Salad, 1000 Island, pears, corn, steamed carrotts, jack w/ orange Chicken.

8-30-25, Saturday 2025
[Breakfast]- Cake cinn./spice/coffee, peaches, light cream of wheat, 2 Boiled eggs, milk. [Lunch] PBJ, chili beans w/ corn- carrotts- beef, salt-n-pepper, cantelope, pineapple, wheat bread, Salad w/ buttermilk ranch, steamed carrott, peas, coffee. [Dinner]- Steak, wheat rolls, green beans, carrotts, yellow jelly, mixed fruit w/ cherries, peaches, pears, pineapples, Milk, coffee, ice jar.

8-31-25, Sunday 2025
[Breakfast]- Milk, sweet-n-low, cold reg. cereal flakes, 2 potatoes, scrambled eggs, hot apple sauce, yogurt mixed w/ pineapples. [Lunch]- minced Turkey w/ gravy- brown Bun, steamed carrotts, salad w/ buttermilk ranch, Milk, coffee, pineapples. [Dinner]- steamed carrotts and broccoli, Milk, chili cheese enc-hiladas, Spanish rice, 2 Thousand Island

Salad, coffee, sweet-n-low, pineapple.
9-1-25, Monday 2025
[Breakfast]- salsa, cheese, potatoes, scrambled eggs w/ green pepper, onions, maybe/possibly artichokes, Milk, coffee, sweet-n-low. [Lunch]- Beef minced w/ brown gravy, peas, carrotts both steamed, mashed potatoes, Milk shake, wheat Bread, Butter, carmel/butterscotch pudding, nectarines, cottage cheese, salt-n-pepper. [Dinner]- Steak-n-sourKraut, Baked choc. pudding, apple sauce, Baked beans, Milk, peas, coffee, fruit loops.

9-2-25, Tuesday 2025
Breakfast- 2 Boiled eggs, 3 potatoes w/ Fancy ketchup, mandarins, dark crunchy breakfast squares, Milk w/ coffee and sweet-n-low, Layer- Maple-mixed cinn. roll w/ white Frosting the day-after-labor day - Fish-or game compromise. [Lunch]- chicken- gravy- pasta, greens/spinich, Milk, coffee, ham salad w/ celery, pears, wheat bread-n- butter. [Dinner]- hamburger steak w/ ketchup, Bun w/ pickles-onions-mustard, fruit pie, yep pears, Milk.

9-3-25, Wednesday 2025
Breakfast- French toast, oatmeal, yogurt w/ fruit, pineapples, Milk, syrup, Coffee, sweet-n-low.

[Lunch] - chicken patty w/on wht-eat bread, corn, rice, salt n pepper, kidney beans, pineapples, Milk and coffee. [Dinner] - cottage cheese, apple sauce, macaroni noodles w/ beef-n tomato sauce, green beans, flax-seed bread, butter, coffee.

9-4-25 Thursday 2025
[Breakfast] - peaches crisp, mixed fruit, reg. breakfast flakes, yams or sweet potatoes w/ butter, flax-seed bread, Milk, salt n pepper, turkey bacon sandwich, coffee. [Lunch] - corn tortilla chips, salsa, lettuce, cheese, Milk, peas, seasoned beef, corn, light pintos. [Dinner] - raviolis w/ light mushroom gravy, wheat Bread, Milk, peas, green beans, Salad, salt-n pepper, butter milk ranch, pineapple, pears.

9-5-25 Friday 2025
[Breakfast] - potatoes cubes, scrambled eggs, mandarinos, Milk, coffee, oatmeal w/ sweet-n-low. [Lunch] Hamburger, pickles, onions, cheese, Milk, mustard, ketchup, ranch, bake beans, mashed potatoes, butter, bun, salt-n-pepper, pears. [Dinner] - Tuna w/ wheat bread, double carrots, stewed tomatoes, potatoes, corn, green beans, onions, Salad w/ 1,000, apple sauce, Milk.

9-6-25, Saturday 2025
[Breakfast] - Oatmeal w/ sweet-n-low, 2 Boiled eggs, skim milk, sweet-fruit mix, yogurt, coffee, cake. [Lunch] - cornbread, chili w/ beans-stewed tomatoes, kidney beans, Salad, butter milk ranch, pineapples, Milk. [Dinner] - Greens, wheat bread, jello-red, carrotts, mixed fruit, chicken mixed w/ corn, rice, beans-honey, butter and coffee.

9-7-25, Sunday 2025
Breakfast - B2 potatoes, scrambled eggs, oatmeal w/ sweet-n-low, nechtarines, Milk w/ triple shot of coffee, skim. Lunch - 1 flour tort. w/ refried beans, Salsa, spanish rice, lettuce, steamed carrotts, brocelli, cali flour, skim milk-9 grams of protein + coffee & sweet-n-low. Dinner - Steak-n-cheese, onions, green pepp., yams, green beans, wheat roll, skim milk, salt-n-pepper, Salad w/ French dressing, mixed fruit, pears, coffee.

9-8-25, Monday 2025
[Breakfast] - light cream of wheat w/ sweet-n-low, scrambled eggs, 2 potatoes, Raisin wheat bread, PBJ, Salsa, mixed fruit - pears, peaches, cherries, pineapples, skim milk w/ coffee. [Lunch] - chicken breast w/ stewed tomato sauce, Asiatic rice, green beans, 2 wheat rolls, skim milk

Coffee w/sweet-n-low, kidney beans, pears, carmel padding, [Dinner]-Spigetti and meat balls, carrotts, peas, choc. padding, mixed fruit, Wheat Bread w/ Butter. 9-9-25, Tuesday 2025
Breakfast- I year this mo. "RIP"- ole Gilbert... ump-o-ooh-ohmp-ooh, (Hahaha) 2 potatoes, 2 boiled eggs, light cream of wheat w/sweet-n-low, mandarines, skim milk, coffee, 3 triple shot, Amen. [Lunch] Hamberger w/ketchup, Flax-seed Bread, cottage cheese w/ pineapples, peas and mixed vegtables, skim milk, coffee. Dinner- pizzea, mixed vegtables, skim milk, butter scotch padding, pasta mix some types of herbs, peaches, coffee. 9-10-25, Wednesday 2025
Breakfast- 2 Boiled eggs, Potatoes, yogart mix w/ pineapples, peaches, Brown breakfast rectangles w/sweet-n-low, Skim Milk, coffee, [Lunch]- Potato salad, pineapples, skim milk, spicy chicken rice w/gravey, peas, baked beans, Coffee w/sweet nor. [Dinner]- Sloppy Joe w/ wheat bread, Milk skim, sweet potato or yam salad w/ nectarines, corn, steamed carrotts- broclli- cake flour, Coffee, Sweet-n-low. 9-11-25 Thursday 2025
[Breakfast]- PBJ w/ French toast, skim Milk, Coffee, pears, Rega cereal flakes, Turkey Bacon, Sweet-n-low, [Lunch]- skim milk, chelf salad w/ buttermilk ranch, salt-n-pepper, boiled egg, beets, apple crisp-cobbler, tomato soup, 2 wheat rolls w/ butter, mixed fruit, [Dinner] Chicken sandwich w/ wheat bread, salad w/ French dressing, skim milk, coffee, corn, rice, salt-n-pepper, peaches. 9-12-15, Friday [Breakfast]-Potatoes, 2 boiled eggs, raisin oatmeal, mixed yogart w/ manderines, skim milk, Coffee w/sweet-n-low, [Lunch]- Fish patty Bun, tarder sauce, Baked Butter milk ranch, salt-n-pepper, nectarines, kidney beans, rice mix, skim milk, coffee, [Dinner]-spigetti w/ at fruit padding, wheat or flax seed bread w/ butter, Skim milk, greens, coconut minu peaches and pineapples, Salad-mixed fruit, I. ??? or French dressing. 9-13-25, Saturday [Breakfast]- Coffee, skim-Milk, Cinn. Breakfast Cake, manderins, Raisin oatmeal, scrambled eggs, Potatoes, sweet-n-low. Lunch-Tuna, skim Milk, White bread, Carrotts, pineapples, Tomato soup w/ mixed vegtables, Coffee. Dinner- wheat bread, Chicken w/ rice- mixed with orange sauce,

Peas, carrotts, peaches, Salad, Butter milk - 1,000, 2,000, or French Dressing. 9-14-25, Sunday. Breakfast - Scrambled eggs w/ onions - peppers w/ possibly potatoes, Skim milk, reg. B-Fast flakes, sweet-n-low, mixed fruit, pancakes or flap-jacks, syrup, Coffee. [Lunch...] - Wheat Bread, Spicey Chicken, brown gravy w/ rice mix, peas, carrots, Skim milk, Salad w/ French dressing, pears. [Dinner] - Hamburger w/ cheese, pickles, onions, lettuce, mixed fruit, Bun, corn, pinto beans, Coffee, mustard, Ketchup, mayonase, salt-n-pepper, sweet-n-low, tea mix. 9-15-25, Monday. [Breakfast] - Scrambled eggs, 2 potatoes, Oatmeal w/ sweet-n-low, Skim milk, Wheat bread and butter, peaches, cottage cheese. [Lunch] - Steak, jalepeño rolls, w/nilla pudding, 2 potatoes, carrotts, Skim milk, pears, Coffee. [Dinner] - Split pea soup, mixed w/ ham and carrots, Wheat bread, butter, skim milk, green beans, Salad w/ French dressing. 9-16-25, Tuesday, 2025. [Breakfast] - Waffles w/ Butter-n-syrup, yogurt mixed w/ pineapples, peaches, oatmeal, skim milk, Coffee. [Lunch] - Sweet pork, mashed potatoes, Wheat Bread, Butter, mixed vegtables, Skim milk, ICE cream, Coffee, mac. salad, peaches/pears.

Dinner - Potato Salad, pineapples, Chicken mixed w/ kidney beans, corn, Rice, carrotts, steamed carrotts and broclli, Coffee. 9-17-25, Wednesday 2025. [Breakfast] - 3 potatoes, 2 boiled eggs, Skim milk, reg. cereal flakes, peaches, mixed - Coffee. [Lunch] - 9-18-25, Thursday 2025. Raina is 10 years old today. Breakfast - B's + G's, reg. cereal, cottage cheese, nectarine, Milk skim, Coffee black. LJ + Raina Both 10 and LJ will be 11 in 2 weeks.

Thankful
+
Greatful

Please and Thank You.

JP (LJ + Raina) = Parker Fam.

staff decide that you are ready, you **may** be assigned a dayroom partner. You will be evaluated for your ability to follow staff direction, interactions with staff, and participation in programming. Demonstrating positive social interaction skills and compliance with the program you will be assessed for progression to general population. At this level a post assessment will be conducted determining if there has been a change in your stage of change score. This level is **90 days and may be decreased or increased based on your behavior and program participation**.

### Level 5

Inmates on Level 5 are Death Row inmates and inmates who are high-risk, for example inmates with a diagnosed Serious Mental Illness (SMI) Individualized programing, expectations, and privileges for inmates on this level will be determined through collaboration with mental health.

## SUBSTANTIAL RISK DESIGNATION

Inmates in the Step-Down Program may be considered for a substantial security risk designation at any time. Inmates who have been designated substantial risk are not eligible to progress to levels 3 and 4 in SAU until the designation is removed. Substantial security risk will include any staff assaults, inmate assaults that have substantial injuries, any behaviors that create a substantial safety and security risk to the institution or that **may** be state or federally prosecuted.

## PROGRAMMING EXPECTATIONS

The expectation is all inmates will attend and participate in scheduled in-cell and/or out-of-cell programming for the week. The programming offered is designed to help inmates learn new, more pro-social ways of interaction with others and to develop alternative ways of managing your behavior as opposed to self-injury or aggression.

The Restrictive Housing and Secure Adjustment units offer meaningful out of cell and in cell enrichment activities to minimize isolation and distress to inmates living in the unit without compromising safe operations. The goal is to have inmates out of their cell safely interacting with others in a controlled setting for as much time as possible.

Level 1 and 2 inmates who have demonstrated that they do not have the current capability to safely interact with others without intense supervision, this out of cell time will be a minimum of two hours unless there is compelling and legitimate reason for withholding out of cell time. As level 1 and 2 inmates progress, additional, closely supervised, out of cell programming time will be added to prepare them for the appropriate interaction expected in Level 4.

Inmate on Level 3 and 4 will have the opportunity to be out of their cells for longer periods of time.

   **A. In-Cell Programming** – In order to provide stimulation for inmates who are unable to be out of their cells throughout the day, in-cell enrichment opportunities will be offered.

| Level 1 | Level 2 | Level 3 | Level 4 | General |
|---|---|---|---|---|
| Up to 120 Days | Up to 105 Days | Up to 105 Days | Up to 90 Days | Population |

The Restrictive Housing Program uses a progressive level system. The level system is designed to provide incentives for inmates who can remain free of aggression, and other problematic behaviors. Incentives will be earned rapidly when an inmate engages in appropriate behavior. Consequences for engaging in aggressive, and other problematic behavior will also be immediate. To move forward to the next level, you must receive satisfactory monthly reviews.

High levels come with higher expectations of good behavior and more privileges, such as more time out of your cell, increase in commissary spending limits, and others.

Consequences for program and behavior non-compliance may include but are not limited to negative information reports, disciplinary write-ups or convictions, loss of earned privileges, loss of property, regression within the program (you may repeat levels).

During your time in Restrictive Housing Unit (RHU) you will have an opportunity to participate in programming that is offered. Once in the Secure Adjustment Unit (SAU) if you return to Restrictive Housing Unit (RHU), be mindful that you are returning to a lower level and must progress through the levels again before being released back to general population.

There are 4 levels in the Step-Down Program. The Classification Review Committee (CRC) will determine what level you will start. You will have an initial meeting with the MDT to develop an Individualized Adjustment Plan (IAP), which determines programming expectations.

The Unit Management Team (UMT) will complete a Status Review every 7 days for the first 60 days. You will have a review with MDT every 30 days. During this review the MDT will determine if you progress to the next level, remain at your current level, restart the level, or be regressed a level(s).

If you receive a disciplinary report, the same rules applied to an inmate in general population will also apply to you.

### Every 30 days your Unit Management Team will review:

- Your behavior
- Your compliance and disciplinary violations
- Your progress and participation in programming
- Your compliance/progress with any additional recommended programming
- Your compliance with mental health and medical recommendations, if appropriate
- Information on goals and objectives that will be necessary for you to progress through the levels of the program